**DISMISS and Opinion Filed September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00890-CV

**ADAM RABABAH, Appellant**

**V.**

**DERRICK WAYNE ORGAN,**
**LABOR SOURCE, LLC D/B/A LABOR FINDERS, AND**
**MANHEIM REMARKETING, INC. D/B/A MANHEIM DALLAS-FORT WORTH,**
**Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00741**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

In a letter dated July 23, 2014, the Court questioned its jurisdiction over this appeal. Specifically, it appeared appellant did not file a timely notice of appeal. We requested that appellant file a letter brief addressing our concern and gave appellees an opportunity to respond.

Without a timely post-judgment motion extending the appellate timetable, a notice of appeal is due thirty days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1. A timely filed motion for new trial will extend the appellate timetable. *See* TEX. R. APP. P. 26.1(a). To be timely, a motion for new trial must be filed prior to or within thirty days after the date the judgment is signed. *See* TEX. R. CIV. P. 329b(a). A trial court cannot extend the time to file a motion for new trial. *See Morris v. Morris*, 250 S.W.3d 119, 120 (Tex. App.—Tyler 2003, no

pet.).  Without a timely filed notice of appeal, this Court lacks jurisdiction.  *See* TEX. R. APP. P. 25.1(b).

The trial court signed the judgment on March 17, 2014.  On March 27, 2014, appellant filed a "Motion to Extend Time for New Trial or Appeal."  Because the trial court cannot extend the time to file a motion for new trial and appellant did not file a motion for new trial within thirty days of the date the judgment was signed, the notice of appeal was due on April 16, 2014. *See* TEX. R. APP. P. 26.1.  Appellant filed his notice of appeal on July 7, 2014.  In his jurisdictional brief, appellant explains that his counsel withdrew on the day the judgment was signed.  Appellant filed a motion for extension of time to file a motion for new trial to give him time to obtain new counsel.

We cannot suspend operation of the appellate rules to alter the time for perfecting an appeal in a civil case.  *See* TEX. R. APP. P. 2.  Appellant did not file a timely notice of appeal. For this reason, the Court lacks jurisdiction.  Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(a).

140890F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADAM RABABAH, Appellant

No. 05-14-00890-CV        V.

DERRICK WAYNE ORGAN,
LABOR SOURCE, LLC
D/B/A LABOR FINDERS, AND
MANHEIM REMARKETING, INC. D/B/A
MANHEIM DALLAS-FORT WORTH,
Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-00741.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees DERRICK WAYNE ORGAN, LABOR SERVICE, LLC D/B/A LABOR FINDERS, AND MANHEIM REMARKETING, INC. D/B/A MANHEIM DALLAS-FORT WORTH recover their costs of this appeal from appellant ADAM RABABAH.

Judgment entered September 9, 2014